**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| JAMES M. WOLF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17 CV 5878 |
| | ) | |
| IHG MANAGEMENT (Maryland) LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

Plaintiff JAMES M. WOLF, hereby stipulates with Defendant IHG MANAGEMENT

(Maryland) LLC, that his claims in the above styled and numbered action shall be dismissed with

prejudice.  The parties shall bear their own costs and attorney fees.

**DATED: November 29, 2017**

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

By: *David M. Henn*
　　David M. Henn
　　David.Henn@HHCFirm.com
　　Attorneys for Plaintiff

SEYFARTH SHAW LLP

By: *Kevin A. Fritz*
　　Kevin A. Fritz
　　kfritz@seyfarth.com
　　Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served upon all

counsel of record by operation of the Court's electronic filing system this November 29, 2017.

/s/David M. Henn<br>David M. Henn

HENN HAWORTH CUMMINGS & PAGE
625 North Madison Avenue, Suite A
Greenwood, Indiana 46142
(317) 885-0041
(888) 308-6503 Fax